United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David J. Goldberger, Sr.  
    Debtor

Case No. 18-13507-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa                    Page 1 of 1                    Date Rcvd: Jun 14, 2018
                         Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2018.
db             +David J. Goldberger, Sr.,   1555 Ridgeview Avenue,   Lancaster, PA 17603-4509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2018 02:00:01      Synchrony Bank,
       c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2018 at the address(es) listed below:
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
    N.A., as Trustee, et al bkgroup@kmllawgroup.com
       MICHAEL D. HESS    on behalf of Debtor David J. Goldberger, Sr. amburke7@yahoo.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| David J. Goldberger, Sr. | Chapter 13 |
| Debtor(s) | Bankruptcy No. 18-13507-ref |

## ORDER

AND NOW, upon consideration of the Debtors' Application for Extension of Time to File Schedules and Chapter 13 Plan, and it appearing that good cause for granting an extension of time has been shown,

IT IS HEREBY ORDERED that the Debtor is granted an extension of time, to July 12, 2018, in order to file the schedules, Chapter 13 Plan and statements required to be filed by National Bankruptcy Rule 1007.

**Date: June 14, 2018**

BY THE COURT:

_____
**United States Bankruptcy Judge**

**Michael D. Hess, Esquire**
**Burke & Hess**
**1672 Manheim Pike**
**Lancaster, PA  17601**
**Counsel for the Debtors**

**United States Trustee**
**Office of the U.S. Trustee**
**833 Chestnut Street**
**Suite 500**
**Philadelphia, PA 19107**

**Frederick L. Reigle**
**Chapter 13 Trustee**
**2901 St. Lawrence Avenue**
**PO Box 4010**
**Reading, PA 19606**