# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David J. Goldberger Sr.<br>         Debtor | CHAPTER 13 |
| Wilmington Trust, NA, successor trustee to Citibank, N.A., as Trustee, for the benefit of registered holders of Structured Asset Mortgage Investments II Trust 2007-AR3, Mortgage Pass-Through Certificates, Series 2007-AR3<br>         Movant<br>    vs. | NO. 18-13507 REF |
| David J. Goldberger Sr.<br>         Debtor | 11 U.S.C. Section 362 |
| William Miller*R<br>         Trustee | |

## **ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1555 Ridgeview Avenue, Lancaster, PA 17603 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: October 26, 2018**

_____
United States Bankruptcy Judge.