UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :

DAVID   J GOLDBERGER, SR

                                                          : Bankruptcy No. 18-13507REF
         Debtor(s)                               : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                                              BY THE COURT

**Date: November 15, 2018**

                                                              Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

DAVID   J GOLDBERGER, SR
1555 RIDGEVIEW AVENUE
LANCASTER,PA.17603