United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-13507-ref
David J. Goldberger, Sr.                                              Chapter 13
                    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2            Date Rcvd: Nov 16, 2018
                              Form ID: pdf900         Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db         +David J. Goldberger, Sr.,    1555 Ridgeview Avenue,    Lancaster, PA 17603-4509
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         +East Hempfield Township,    c/o Susan P. Peipher, Esquire,    Blakinger, Byler & Thomas, P.C.,
             28 Penn Square,    Lancaster, PA 17603-4297
14113432   +Accounts Service Department,    PO Box 731,    Mahwah, NJ 07430-0731
14113434   +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
14113436    Chase Auto Finance,    PO Box 78101,    Phoenix, AZ 85062-8101
14113438   +East Hempfield Township,    1700 Nissley Road,    Landisville, PA 17538-1360
14113439    Firestone/Credit First NA,    PO Box 81344,    Cleveland, OH 44188-0344
14124845    JPMorgan Chase Bank, N.A.,    c/o Karina Velter, Esq.,    P O Box 165028,
             Columbus, OH  43216-5028
14113440   +KML Law Group, P.C.,    Suite 5000 BNY Independence Center,    701 Market Street,
             Philadelphia, PA 19106-1538
14113442   +North Shore Agency,    PO Box 9205,    Old Bethpage, NY 11804-9005
14117651   +Select Portfolio Servicing,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Ste 5000,
             Philadelphia, PA 19106-1541
14171210   +Susan P. Peipher,    Blakinger Thomas PC,    28 Penn Square,    Lancaster, PA 17603-4297
14167198   +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P O Box 800849,
             Dallas, TX 75380-0849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2018 02:27:29
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2018 02:27:59     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14113433    E-mail/Text: rmcollections@belco.org Nov 17 2018 02:27:05     Belco Community Credit Union,
             449 Eisenhower Blvd.,    Harrisburg, PA 17111
14113435    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 17 2018 02:36:12
             Capital One Bank USA NA,    PO Box 71083,    Charlotte, NC 28272-1083
14113437   +E-mail/Text: mrdiscen@discover.com Nov 17 2018 02:27:08     Discover,    P O Box 71084,
             Charlotte, NC 28272-1084
14164079    E-mail/Text: bk.notifications@jpmchase.com Nov 17 2018 02:27:15     JPMorgan Chase Bank, N.A.,
             National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
14113441   +E-mail/Text: kspon@lasa.org Nov 17 2018 02:27:14     LASA,    130 Centerville Road,
             Lancaster, PA 17603-4087
14167729    E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2018 02:36:19
             LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14169981    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2018 02:36:38
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14113443    E-mail/Text: jennifer.chacon@spservicing.com Nov 17 2018 02:28:57
             Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
14116499   +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2018 02:36:38      Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14178154    E-mail/Text: jennifer.chacon@spservicing.com Nov 17 2018 02:28:57     Wilmington Trust, NA,
             c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 12

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*        +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                          Signature:  /s/Joseph Speetjens

```
District/off: 0313-4           User: Lisa                  Page 2 of 2                   Date Rcvd: Nov 16, 2018
                               Form ID: pdf900             Total Noticed: 30
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KARINA   VELTER    on behalf of Creditor    JPMorgan Chase Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee, et al bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, NA, successor trustee to Citibank,
               N.A., as Trustee, for the benefit of registered holders of Structured Asset Mortgage Investments
               II Trust 2007-AR3, Mortgage Pass-Through Certifica bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor David J. Goldberger, Sr. amburke7@yahoo.com
              SUSAN P. PEIPHER    on behalf of Creditor    East Hempfield Township spp@blakingerthomas.com,
               pds@blakingerthomas.com;blt@blakingerthomas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                                 TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

DAVID   J GOLDBERGER, SR

                                                    : Bankruptcy No. 18-13507REF
     Debtor(s)                                      : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: November 15, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

MICHAEL D HESS ESQ
BURKE & HESS
1672 MANHEIM PIKE
LANCASTER PA 17601-3028

DAVID   J GOLDBERGER, SR
1555 RIDGEVIEW AVENUE
LANCASTER,PA.17603